O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5882 AHM (JCx) | Date | March 18, 2009 |
|---|---|---|---|
| Title | LANCE CLAUSON v. VINTAGE SIGN CO., INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

　　　Plaintiff's application to reopen the case due to failure of settlement is GRANTED.[1]

:  
Initials of Preparer     se

---

[1] Docket No. 13.