JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LANCE CLAUSON,
    Plaintiff,

vs.

VINTAGE SIGN CO., INC. and IAN CUNNINGHAM,

    Defendants

Case No.: CV08-05882 AHM (JCx)

**ORDER DISMISSING ENTIRE ACTION UPON STIPULATION OF THE PARTIES**

Pursuant to Federal Rule of Civil Procedure 41, and upon the Stipulation of the parties filed herein,

IT IS ORDERED that:

This action is voluntarily dismissed, including all claims pled therein, with each party to bear its own costs and attorneys' fees, without prejudice to or waiver of any financial terms that may be contained within the parties' written settlement agreement.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for purposes of enforcement of the parties' written settlement agreement for a period of one year from the date of this order, such retained jurisdiction to include the power and authority to vacate this stipulated dismissal order and enter judgment in its stead.  Plaintiff shall be entitled to the issuance of such vacating order and to the entry of judgment with permanent injunction in Plaintiff's favor, upon Plaintiff's filing of a Noticed Motion for Vacating Order and Entry of Judgment, together with a sworn declaration attaching the parties' written settlement agreement, describing the facts constituting a violation of that agreement, setting forth the terms of any judgment and permanent injunction provided for in the parties' settlement agreement, and stating that defendants have been provided notice of such Motion.

DATED:  June 24, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**